UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBERT SISCO, JR., | No. ED CV 11-02060-R (VBK) |
| Plaintiff, | ORDER TO SHOW CAUSE RE DISMISSAL |
| v. | |
| N. GRANNIS, et al., | |
| Defendants. | |

    On January 27, 2012, Robert Sisco, Jr. (hereinafter referred to as "Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. §1983 against Defendants.

    On May 17, 2012, a Report and Recommendation of United States Magistrate Judge was issued recommending that the First Amended Complaint and entire action be dismisses. (Docket No. 11.)

    On May 7, 2012, Plaintiff filed a notice of change of address as 16675 Mojave Drive, Victorville, California 92395. (Docket No. 9.)

    On May 29, 2012, the Court was informed that Plaintiff is no longer at that address. (See, "Not Deliverable as Addressed",

1  Docket Nos. 12 and 13.)
2      Central District Local Rule 41-6 provides:
3      "DISMISSAL - FAILURE OF <u>PRO</u> <u>SE</u> PLAINTIFF TO KEEP COURT
4      APPRISED OF CURRENT ADDRESS - A party appearing <u>pro</u> <u>se</u>
5      shall keep the Court apprised of such party's current
6      address and telephone number, if any, and e-mail
7      address, if any.  If mail directed by the Clerk to a
8      <u>pro</u> <u>se</u> Plaintiff's address of record is returned
9      undelivered by the Post Office, and if within fifteen
10     (15) days of the service date, such Plaintiff fails to
11     notify, in writing, the Court and opposing parties of
12     said Plaintiff's current address, the Court may dismiss
13     the action with or without prejudice for want of
14     prosecution."

16     Within 15 days of the date of this Order, Plaintiff will
17 notify the Court of his current address, and, if applicable,
18 telephone number.  Plaintiff is advised that if he fails to
19 apprise the Court of his current address, the Court will issue a
20 Report and Recommendation of United States Magistrate Judge
21 recommending the action be dismissed with prejudice for want of
22 prosecution.

24 DATED: June 4, 2012                    /s/
                                        VICTOR B. KENTON
25                                      UNITED STATES MAGISTRATE JUDGE

2